

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 03 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00036 KGB |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (B), (C) |
| | ) | 21 U.S.C. § 846 |
| | ) | |
| BRIAN JEFFREY LITTON | ) | |
| ROBIN NELSON FLANAGAN | ) | |
| GUSTAVO FLORES, JR. | ) | |
| PATRICK O'NEAL STEVENS | ) | |
| JOHNNY DOUGLAS PETERS | ) | |
| BRANDI MICHELLE MYERS | ) | |
| LISA MICHELLE PAUL | ) | |
| ZACHARY KYLE SCOTT | ) | |
| WAYNE ALLEN DILLON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about February 2020, and continuing to on or about February 2, 2021, in the Eastern District of Arkansas and elsewhere, the defendants,

BRIAN JEFFREY LITTON
ROBIN NELSON FLANAGAN
GUSTAVO FLORES, JR.
PATRICK O'NEAL STEVENS
JOHNNY DOUGLAS PETERS
BRANDI MICHELLE MYERS
LISA MICHELLE PAUL
ZACHARY KYLE SCOTT and
WAYNE ALLEN DILLON,

voluntarily and intentionally conspired with each other and other persons known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute

1

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

1. With respect to defendants BRIAN JEFFREY LITTON, ROBIN NELSON FLANAGAN, GUSTAVO FLORES, PATRICK O'NEAL STEVENS, and JOHNNY DOUGLAS PETERS, the amount of methamphetamine involved in the conspiracy attributable him or her as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, and at least 50 grams of methamphetamine actual, in violation of Title 21, United States Code, Section 841(b)(1)(A).

2. With respect to defendants BRANDI MICHELLE MYERS, LISA MICHELLE PAUL, ZACHARY KYLE SCOTT, and WAYNE ALLEN DILLON, the amount of methamphetamine involved in the conspiracy attributable him or her as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is at least 50 grams but less than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, and at least 5 grams but less than 50 grams of methamphetamine actual, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

1. Before the defendant committed the offense charged in this count, the defendant, BRIAN JEFFREY LITTON, had the following final conviction for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15

years of the commencement of the instant offense, namely: Conspiracy to Manufacture more than 500 grams of Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:06CR00297 – 1 BSM.

2. Before the defendant committed the offense charged in this count, the defendant, GUSTAVO FLORES, JR., had the following two final convictions for a serious violent felony for which he served more than 12 months of imprisonment:

   a. Aggravated Robbery, in the Pulaski County, Arkansas Circuit Court, case number 19994195A;

   b. Battery 2nd Degree, in the Garland County, Arkansas Circuit Court, case number 1999 228.

## COUNT 2

On or about February 17, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about February 19, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about February 26, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about March 27, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant committed the offense charged in this count, the defendant, BRIAN JEFFREY LITTON, had the following final conviction for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely: Conspiracy to Manufacture more than 500 grams of Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:06CR00297 – 1 BSM.

## COUNT 6

On or about August 3, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

4

knowingly and intentionally possessed with intent to distribute and distributed at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant committed the offense charged in this count, the defendant, BRIAN JEFFREY LITTON, had the following final conviction for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely: Conspiracy to Manufacture more than 500 grams of Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:06CR00297 – 1 BSM.

## COUNT 7

On or about November 20, 2020, in the Eastern District of Arkansas, the defendant,

### JOHNNY DOUGLAS PETERS,

knowingly and intentionally possessed with intent to distribute at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 8

On or about December 7, 2020, in the Eastern District of Arkansas, the defendant,

### ZACHARY KYLE SCOTT,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9

On or about January 7, 2021, in the Eastern District of Arkansas, the defendant,

ROBIN NELSON FLANAGAN,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more crimes charged in Counts 1 through 9 of this Indictment, the defendants, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more crimes charged in Counts 1 through 9 of this Indictment, the defendants, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of one or more crimes charged in Counts 1 through 9 of this Indictment, the defendants, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

**[END OF TEXT. SIGNATURE PAGE ATTACHED.]**